**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FELIX DAVID VASQUEZ GUZMAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1668-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

**ORDER**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Amanda L. Maxfield [Doc. No. 12] recommending that the Petition be granted in part. Respondents filed an Objection [Doc. No. 13] reasserting their opposition to *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) but otherwise agreeing with Judge Maxfield's recommendation. Petitioner did not file an objection and has therefore waived the right to appellate review of the factual and legal issues addressed in the Report. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2020).

Accordingly, the Report and Recommendation [Doc. No. 12] is ADOPTED and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is GRANTED in part. Respondents are directed to provide Petitioner with a bond hearing before a neutral Immigration Judge within seven days or release Petitioner. Respondents shall certify compliance with this order.

IT IS SO ORDERED this 21st day of August, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**